UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PEDRO CERUTTI, JR.,

Plaintiff,

-vs-   Case No. 6:12-cv-1430-Orl-18DAB

ORANGE COUNTY CORRECTIONS,

Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion to Proceed *In Forma Pauperis* (doc. no. 2. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The motion is **DENIED** and this case is **DISMISSED** with prejudice. Clerk of the Court is directed to **CLOSE** the case.

It is **SO ORDERED** in Orlando, Florida, this __12__ day of October, 2012.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record